| | |
|---|---|
| UNITED STATES BANKRUPCY COURT<br>EASTERN DISTRICT OF NEW YORK | 11-2671938 |

-----------------------------------------------------------------X

In re:

                             Chapter 7

FINE LINE PRODUCTS CORP.,             Case No.:16-70277-las

           Debtor.

-------------------------------------------------------------------X

**<u>ORDER FOR RETENTION</u>**
**<u>OF ATTORNEYS FOR TRUSTEE</u>**

    Upon the application of RICHARD L. STERN, ESQ., trustee of the above captioned estate, dated February 2, 2016, seeking an Order authorizing him to employ and retain the law firm of MACCO & STERN, LLP, as attorneys in the within proceeding, under the provisions of a General Retainer, and upon the affidavit of MICHAEL J. MACCO, a member of the firm of MACCO & STERN, LLP, stating that the said law firm has no present connection with any of the creditors, and further that they represent no adverse interest to the above estate in the matters upon which they are to be engaged, and it appearing that it is necessary for the Trustee to retain such counsel, it is

    ORDERED, that RICHARD L. STERN, ESQ., Chapter 7 trustee be, and he hereby is, authorized to retain the law firm of MACCO & STERN, LLP, as attorneys to represent him in the within proceeding under a General Retainer and it is further

    ORDERED, that no compensation or reimbursement of expenses shall be paid Macco & Stern, LLP for professional services rendered to the Trustee, except under a proper application and by further order of this Court following a hearing on notice pursuant to Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and it is further

    ORDERED, that ten business days prior to any increase in Attorney's rates for any individual employed by the Attorney and retained by the Trustee pursuant to court order, Attorney shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. Sections 330(a)(3)(F).  Parties in interest,

including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. Section 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.

Dated: Central Islip, New York

No Objection
Office of the U.S. Trustee

By_____

_____
Louis A. Scarcella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                 Chapter 7

FINE LINE PRODUCTS CORP.,      Case No.:16-70277-las

    Debtor.
-----------------------------------------------------------------X

## APPLICATION FOR RETENTION
## OF ATTORNEYS FOR TRUSTEE

TO THE HONORABLE LOUIS A. SCARCELLA BANKRUPTCY JUDGE:

  The application of RICHARD L. STERN, respectfully represents:

  1. That he is the Trustee herein, duly qualified and acting as such.

  2. The Debtor filed a Petition under Chapter 7 of the Bankruptcy Code on January 24, 2016. Applicant was appointed Trustee of this estate shortly thereafter.

  3. That applicant desires to retain MACCO & STERN, LLP, of 135 Pinelawn Road, Suite 120 South, Melville, New York 11747, as his attorneys herein.

  4. That Applicant has selected said attorneys for the reasons that such attorneys are familiar with bankruptcy practice and are well qualified to act in the capacity as attorneys for the Trustee.

  5. That it is necessary for Applicant to employ attorneys to render the following professional services:

  (a) that it will be necessary to conduct examinations of the Debtor and various witnesses as to the acts, conduct and property of the Debtor herein;

  (b) that it will be necessary to prepare numerous applications and reports, for which services attorneys will be necessary;

  (c) that it will be necessary to conduct an investigation to discover all possible assets and to reduce same to cash.

6. To the best of Applicant's knowledge, said attorneys have no connection with the Debtor, or any other party in interest or their respective attorneys.

7. That the current billing rates for the law firm of MACCO & STERN, LLP is the sum of $495.00 for partner's time which consists of Michael J. Macco and Richard L. Stern, $425.00 for senior associate's time, and $275.00 for junior associates.

8. There has been no compensation paid to the firm, nor has there been any promise of compensation.

9. That applicant has not previously rendered professional services to the Debtor.

10. That MACCO & STERN, LLP, represent no interest adverse to the Trustee or to the estate in the matters upon which they are to be engaged herein, and their employment would be in the best interests of the estate.

11. The Trustee is seeking retention of this court as counsel to proceed with seeking a turnover of estate funds restrained in Debtor's bank account and possible causes of action that require further investigations.

WHEREFORE, Applicant prays for the annexed Order, for which no previous application has been made.

Dated: Melville, New York  
       February 2, 2016                                                                      /s/ Richard L. Stern

                                                                                                   _____  
                                                                               RICHARD L. STERN  
                                                                               Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

                       Chapter 7

FINE LINE PRODUCTS CORP.,              Case No.: 16-70277-las

           Debtor.

                               **AFFIDAVIT**

-----------------------------------------------------------------X

STATE OF NEW YORK  )
                              )  ss:
COUNTY OF SUFFOLK  )

        MICHAEL J. MACCO, ESQ., being duly sworn, deposes and says:

        1.     I am an attorney at law admitted to practice before this Court and I am a member of the firm of MACCO & STERN, LLP, which maintains its offices at 135 Pinelawn Road, Suite 120 South, Melville, New York 11747.

        2.     That deponent's firm has no present connection with the above debtors, its creditors or any other party in interest, or its respective attorneys and accountants.

        3.     Your deponent and your deponent's firm represent no adverse interest to the above captioned estate.  The undersigned is the attorney who will bear primary responsibility for the representation whose authority is sought herein.

        4.     That the undersigned has read and is generally familiar with (1) the Bankruptcy Reform Act of 1978 (11 U.S.C.); (2) The Bankruptcy Rules; (3) The Local Rules of the United States Bankruptcy Court for the Eastern District of New York.

        5.     That the undersigned is competent to represent the interests of the entity on whose behalf representation is now sought in all proceedings now pending or which may reasonably be expected to be pending in this Court in the foreseeable future.

6.	Based on the foregoing, I believe the firm of MACCO & STERN, LLP, is a "disinterested person" within the meaning of Sections 101(14) and 327 of the Bankruptcy Code.

/s/ Michael J. Macco

_____
   MICHAEL J. MACCO

Sworn to before me this
  2nd   day of  February, 2016
/s/ Jeanette Hodgins

_____
NOTARY PUBLIC
**Jeanette Hodgins**
**Notary Public, State of New York**
**No. 01HO6071581**
**Qualified in Suffolk County**
**Commission expires March 18, 2018**

**Case No.: 16-70277-las**
**Chapter 7**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

_____

In Re:

       FINE LINE PRODUCTS CORP.,

                                       Debtor.

_____

**ORDER AND APPLICATION FOR RETENTION OF ATTORNEYS FOR TRUSTEE**

_____

RICHARD L. STERN
Chapter 7 Trustee
135 PINELAWN ROAD
SUITE 120 SOUTH
MELVILLE, NY  11747
(631) 549-7900