RONALD A. LENOWITZ, ESQ.
(Rl 7171)
Attorney for Chapter 7 Debtor
Office and P.O. Address
7600 Jericho Turnpike Suite 300
Woodbury, New York 11797
(516)-364-3080
ronlenolaw@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

..............................................................x

In re:                                               :

                                                     :

FINE LINE PRODUCTS CORP.              :    Case No. 8:16-70277

                                                     :

Debtor                                           :    Chapter 7

                                                     :

..............................................................x

## AFFIRMATION OF NO OPPOSITION TO MOTION

RONALD A. LENOWITZ, ESQ., being an attorney at law duly admitted to practice in the United States Bankruptcy Court for the Eastern District of New York hereby affirms the following under penalty of perjury:

1. That I am the attorney of record for the Chapter 7 Debtor, FINE LINE PRODUCTS CORP.

(the "Debtor") in the within captioned action, and, as such, am fully familiar with all of the

facts and circumstances herein.

2. That I have read and reviewed the instant Motion by TRANSPLACE TEXAS L.P.

("Transplace") for leave to file a Proof of Claim after the bar date and this application has

been reviewed by the Debtor's President, Richard Litvack.

3. That the movant was not identified as a creditor of the Chapter 7 Debtor on the Debtor's

Schedules, which was an oversight.

4. That I have discussed this claim by Transplace with the Debtor and the claim should have

been included in the Debtor's Schedule of Unsecured Creditors.

5. Accordingly, Debtor has no objection nor opposition to the instant application by Transplace

with respect to that Creditor filing a Proof of Claim past the bar date as an Unsecured

Creditor of FINE LINE PRODUCTS CORP.

WHEREFORE, your Affirmant, on behalf of the Chapter 7 Debtor respectfully joins with the

application of Transplace for the relief requested herein.

Affirmed and Dated:  July 9, 2016

_____
RONALD A. LENOWITZ, ESQ.


TO:  SILLS, CUMMIS & GROSS, P.C.
        Attorneys for Transplace Texas L.P.
        Office and P.O. Address
        101 Park Avenue, 28th Floor
        New York, New York 10178
        (212)-643-7000

<u>AFFIRMATION OF SERVICE OF</u>
<u>DEBTOR'S AFFIRMATION OF</u>
<u>NO OPPOSITION TO MOTION:</u>

STATE OF NEW YORK)
COUNTY OF NASSAU  )    ss.:

RONALD A. LENOWITZ, ESQ., affirms the following pursuant to CPLR 2106:

1.  I am not a party to this Action and reside at Melville, New York.
2.  I am the attorney for FINE LINE PRODUCTS CORP., the Chapter 7
    Debtor herein.

On the 9th day of July, 2016, I served a true copy of the following documents on the party, and/or attorneys, whose names and addresses are set forth hereinbelow:

1.  AFFIRMATION OF NO OPPOSITION TO MOTION.

    In the following manner:

[   ]  By Hand Delivery
[ X ]  By mailing same in a sealed envelope, with postage prepaid, thereon, in a post-office, official depository of the United States Postal Service, with postage prepaid/
       OR
[   ]  By UPS OVERNIGHT MAILING/ UPS. Postal Service  Prepaid, within the State of New York addressed to the following parties:
[ X ]  By ECF FILING.

SILLS, CUMMINS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, New York 10178

Affirmed and Dated:  July 9, 2016

_____
RONALD A. LENOWITZ, ESQ.