UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

                Fine Line Products Corp.,

                              Debtor.
----------------------------------------------------------------x

Case No.: 16-70277-las

Chapter 7

### ORDER GRANTING MOTION OF TRANSPLACE TEXAS L.P. FOR LEAVE TO FILE LATE PROOF OF CLAIM

Upon the motion dated June 16, 2016 (the "Motion") of Transplace Texas L.P. seeking leave to file a proof of claim after the bar date in the above-captioned Bankruptcy Case [Dkt. No. 19]; and the Debtor having filed a Certification of No Objection joining in the Motion [Dkt. No. 20]; and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and no opposition having been interposed; and a hearing having been held before the Court on July 21, 2016; and after due deliberation and sufficient cause appearing; it is hereby

**ORDERED** that the Motion is granted to the extent provided herein; and it is further

**ORDERED** that, pursuant to Federal Rules of Bankruptcy Procedure 9006(b)(3) and 3002(c), the time period within which Transplace Texas L.P. may file a proof of claim shall be enlarged such that the proof of claim Transplace Texas L.P. filed in the Debtor's case on June 22, 2016 (Claim #7) shall be deemed timely filed for all purposes in this case; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.



Dated: July 27, 2016
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge