# MACCO & STERN, LLP

### Attorneys At Law
2950 Express Drive South
Suite 109
Islandia, New York 11749
www.maccosternlaw.com

Michael J. Macco
Richard L. Stern

Peter Corey
Cooper J Macco

Telephone (631) 549-7900
Facsimile (631) 549-7845

September 26, 2016

Hon. Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, NY 11722-9013

RE: Fine Line Products Case no.: 16-70277-las

Dear Honorable Sir:

   The undersigned is the Chapter 7 Bankruptcy Trustee. I received a motion by an entity known as Logistics USA Inc. seeking permission to file a late proof of claim.

   Subsequent to receipt of this motion I did speak to Mr. Chu, the principal of the company and explained to him that claim #6 on behalf of Logistics USA was filed on June 15, 2016 and that I am not objecting to the allowance of the claim.

   I have asked Mr. Chu to withdraw the motion given the fact that the relief he seeks is already allowed by virtue of the filing of the proof of claim.

   Thank you.

   Respectfully,

Richard L. Stern
RLS/mh
Cc: Logistics USA, Inc.